UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

XIMENIA NEXTLE,

Petitioner,

v.

CHRISTOPHER LAROSE, et al.,

Respondents.

Case No.: 26-CV-5970 JLS (JLB)

**ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

(ECF No. 5)

Presently before the Court is Ximenia Nextle's Amended Petition for Writ of Habeas Corpus ("Pet.," ECF No. 5) and Respondents' Response ("Ret.," ECF No. 7).

Petitioner is a citizen of Mexico who applied for asylum and presented herself at the border. Pet. at 2. Respondents granted parole. *Id.* After a traffic incident, Petitioner was apprehended by immigration officers and detained. *Id.* at 3. Petitioner argues that her arrest and subsequent detention without notice or an opportunity to be heard violates the Fifth Amendment's Due Process Clause and various statutes. *Id.* at 3–9. As a result, she requests release from custody. *Id.* at 9–10. Respondents acknowledge that Petitioner was released on parole and thus "do not oppose the petition and defer to the Court on the appropriate relief." Ret. at 2–3. The Court finds that Petitioner is entitled to release. *See, e.g.*, *Noori v. LaRose*, 807 F. Supp. 3d 1146, 1163–67, 1169 (S.D. Cal. 2025) (granting

release under similar facts); *Tran v. LaRose*, No. 26-CV-2653 JLS (GC), 2026 WL 1303166, at *1–3 (S.D. Cal. May 12, 2026) (same); *Antonio v. LaRose*, No. 26-CV-2387-LL-MMP, 2026 WL 1215037, at *1–3 (S.D. Cal. May 4, 2026) (same).

Accordingly, the Court **GRANTS** the Amended Petition for Writ of Habeas Corpus (ECF No. 5), and **ORDERS** Respondents to immediately release Petitioner from custody subject to the conditions of her preexisting parole. The Court **ORDERS**, prior to any re-detention of Petitioner, that Petitioner is entitled to notice of the reasons for revocation of her parole and a hearing before a neutral decision maker to determine whether detention is warranted. The government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk. The Parties are **ORDERED** to file a Joint Status Report by November 9, 2026, confirming that Petitioner has been released. As this concludes the litigation in this case, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: November 2, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge